Peter VAN DAAM

v.

**CHRYSLER FIRST FINANCIAL SERVICES CORPORATION.**

No. 91–276–M.P.

Supreme Court of Rhode Island.

March 26, 1992.

Peter Van Daam, pro se.

Loyd Rustigian, Providence, for defendant.

### ORDER

This matter came before the court on the plaintiff's motion for relief from a filing fee. The motion was considered by the Presiding Justice of the Superior Court, who properly determined that plaintiff had not sustained his burden of proof in establishing his entitlement to relief from payment of the filing fee.

Accordingly, the motion for relief from payment of the filing fee, addressed to this court, is denied.

MURRAY and SHEA, JJ., did not participate.